MCGREGOR W. SCOTT
United States Attorney
OWEN ROTH
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 2:15-CR-058 MCE |
| Plaintiff, | ORDER SEALING DOCUMENTS AS SET FORTH IN GOVERNMENT'S NOTICE |
| v. | |
| DAVID VALDEZ, | |
| Defendant. | |

Pursuant to Local Rule 141(b) and based upon the representation in the Government's Request to Seal, IT IS HEREBY ORDERED that the memorandum pertaining to Defendant and Request to Seal shall be SEALED until further order of this Court. Access to the sealed documents shall be limited to the Government and Defendant's counsel. The Court has considered the factors set forth in Oregonian Publishing Co. v. U.S. District Court for the District of Oregon, 920 F.2d 1462 (9th Cir. 1990). The Court finds that for the reasons stated in the request, sealing the motion serves a compelling interest and that in the absence of closure, the compelling interests identified by the Government would be harmed.

///

///

///

///

///

In light of the public filing of the request to seal, the Court further finds that no additional alternatives to sealing the motion would adequately protect the compelling interests identified by the Government.

IT IS SO ORDERED.

Dated: April 9, 2018

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE